
UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND THOMAS GARCIA, JR.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SECRETARY OF CALIFORNIA, et al.,<br><br>　　　　Defendants. | CASE No. 1:14-cv-00057-LJO-MJS<br><br>ORDER DENYING PLAINTIFF'S MOTION REQUESTING A PRE-TRIAL OR TRIAL<br><br>(ECF No. 12) |

　　　　Plaintiff Raymond Thomas Garcia, Jr., a former state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on January 15, 2014.  On March 5, 2014, Plaintiff filed a motion requesting a pre-trial or trial.  (ECF No. 12.)

　　　　The Court has not yet reviewed Plaintiff's complaint to determine whether it states a claim upon which relief may be granted.  None of the Defendants have been served or have appeared in this case.  At this stage of the proceedings Plaintiff's request for a hearing or trial is premature.

　　　　The Court will provide Plaintiff with instructions should this case proceed beyond

1  the screening stage.
2         Plaintiff's request for a pre-trial or trial is DENIED.
3
4  IT IS SO ORDERED.
5
       Dated:   August 4, 2014                    /s/ *Michael J. Seng*
6                                          UNITED STATES MAGISTRATE JUDGE