UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND THOMAS GARCIA, JR.,<br><br>    Plaintiff,<br><br>    v.<br><br>SECRETARY OF CALIFORNIA, et al.,<br><br>    Defendants. | CASE No. 1:14-cv-00057-LJO-MJS<br><br>ORDER DENYING PLAINTIFF'S MOTIONS TO SUPLEMENT OPERATIVE PLEADING<br><br>(ECF Nos. 11, 13, 14, 17, 18, and 19) |

    Plaintiff Raymond Thomas Garcia, Jr., a former state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on January 15, 2014. (ECF No. 1.) Plaintiff filed his Second Amended Complaint on February 27, 2014. (ECF No. 10.) Plaintiff has since filed an amended declaration (ECF No. 11), a motion seeking to withdraw and replace certain pages of the amended complaint (ECF No. 14), a motion to supplement the amended complaint (ECF No. 17), and three filings offering various legal arguments (ECF Nos. 13, 18, and 19).

    Local Rule 220 requires that an **amended complaint be complete in itself and not reference a prior pleading**. As a general rule, an amended complaint supersedes the original complaint. See Loux v. Rhay, 375 F.2d 55, 57 (9th Cir. 1967). The operative pleading in this case is Plaintiff's Second Amended Complaint filed February 27, 2014. (ECF No. 10.) Plaintiff may not include additional allegations or otherwise

1 amend the operative complaint piecemeal through separate filings.  Instead, Plaintiff
2 must state his allegations in a single chronological narrative in a single filing.
3       Additionally, Plaintiff is advised that Illegible or otherwise indecipherable filings will
4 be dismissed.  Plaintiff must leave spaces between each word and between each line in
5 order for the Court to read, understand and analyze his pleading.
6       For the foregoing reasons, Plaintiff's motions (ECF Nos. 11, 13, 14, 17, 18, and
7 19) to amend the Second Amended Complaint are DENIED.

IT IS SO ORDERED.

Dated:   August 4, 2014           /s/ *Michael J. Seng*
                                                UNITED STATES MAGISTRATE JUDGE